```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLEOPATRA ROSIOREANU,

                    Plaintiff,                              ORDER
                                                            07 CV 2925 (RRM) (LB)
        -against-

N.Y.C. DEPT. OF ENVIRONMENTAL
PROTECTION; JAMES MAHANEY;
ROY DURIG,

                    Defendants.
-----------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 23 2010 ★
BROOKLYN OFFICE

**BLOOM, United States Magistrate Judge:**

By letter dated June 21, 2010, plaintiff states she has not received all the papers and property pertaining to her case from Mr. Arthur Forman, plaintiff's former attorney. (Document 65.) Plaintiff requests that the Court compel Mr. Forman to provide her with her missing documents and an accounting of his services. (Id.) Plaintiff's request is denied. As the Court set forth in its June 22, 2010 Order, Mr. Forman cannot produce documents he does not have. (Document 64.) Moreover, plaintiff chose to terminate her attorney and the Court will not compel Mr. Forman to take further action in this case. The parties shall be notified when the pending motion for summary judgment is decided.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: June 22, 2010
       Brooklyn, New York

Cc: Arthur H. Forman, Esq.
    98-20 Metropolitan Avenue
    Forest Hills, NY 11375