UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Hon. Lois Bloom**
**United States Magistrate Judge**

CIVIL CAUSE FOR JURY TRIAL

MARCH 13, 2012

Case Name: <u>Rosioreanu v. City of New York</u>

Docket Number: <u>07 cv 2925 (LB)</u>

Time: <u>4:33 - 5:00</u>
Total Time in Court: <u>7:27</u>

Court Reporter: <u>Burt Sulzer</u>

Court Clerk: <u>Michael Turilli</u>

Plaintiff: <u>CLEOPATRA ROSIOREANU</u>

Defendant's Counsel: <u>Amy Vessler, Eric Eichenholtz</u>

- ✓ Case Called
- ___ Voire Dire
- ___ Jurors Sworn and Trial Begins
- ✓ Jury Trial Held
- ___ Jury Trial Cont'd to _____
- ___ Jury Trial Ends

- ___ Pltff. Opens  ✓ Deft. Opens
- ___ Pltff. Rests  ___ Deft. Rests
- ___ Pltff. Summation
- ___ Deft. Summation
- ___ Pltff. Rebuttal
- ___ Jury Charged; Deliberations Begin