UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

CIVIL CAUSE FOR JURY TRIAL

MARCH 14, 2012

Case Name: Rosioreanu v. City of New York

Docket Number: 07 cv 2925 (LB)

Time: 9:20 - 6:00

Total Time in Court: 8:40

Court Reporter: Fred Guerino

Court Clerk: Michael Turilli

Plaintiff: Cleopatra Rosioreanu

Defendant's Counsel: Amy Kessler + Eric Eichenholtz

- ✓ Case Called
- ___ Voire Dire
- ___ Jurors Sworn and Trial Begins
- ✓ Jury Trial Held
- ___ Jury Trial Cont'd to _____
- ✓ Jury Trial Ends

- ___ Pltff. Opens    ___ Deft. Opens
- ✓ Pltff. Rests     ✓ Deft. Rests
- ✓ Pltff. Summation
- ✓ Deft. Summation
- ___ Pltff. Rebuttal
- ✓ Jury Charged; Deliberations Begin