UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CLEOPATRA ROSIOREANU,

                Plaintiff,                             **VERDICT SHEET**
                                                                     **07 CV 2925 (LB)**
                -against-

THE CITY OF NEW YORK,

                Defendant.

-------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

**Please answer the following questions in order.**

**I.    Liability**

1.    Did plaintiff Cleopatra Rosioreanu prove by a preponderance of the evidence that defendant City of New York subjected her to a hostile work environment based upon her sex in violation of Title VII?

        YES_____                            NO___✓___

2.    Did plaintiff Cleopatra Rosioreanu prove by a preponderance of the evidence that defendant City of New York retaliated against her in violation of Title VII?

        YES___✓___                        NO_____

**If you answered "No" to both Question 1 and Question 2, you have returned a verdict for defendant and you need go no further. Cease deliberations. The foreperson should sign and date this document and advise the Court by note that you are ready to return to the Courtroom to announce your verdict.**

**If you answered "Yes" to either Question 1 or Question 2, please proceed to Question 3.**

## II. Damages

**If you answered "Yes" to Question 1 or Question 2, you must answer Question 3.**

3. Did plaintiff Cleopatra Rosioreanu prove by a preponderance of the evidence that she suffered emotional pain, suffering, inconvenience, mental anguish, or loss of enjoyment of life as a result of a hostile work environment and/or retaliation?

    YES ✓          NO ____

If you answered "No" to Question 3, you must award nominal damages of $1 immediately below. If you answered "Yes" to Question 3, what amount of damages, if any, do you award for the emotional pain, suffering, inconvenience, mental anguish, or loss of enjoyment of life experienced by plaintiff Cleopatra Rosioreanu as a result of the creation of a hostile work environment and/or retaliation?

$ 100,000

**Cease deliberations. The foreperson should sign and date this document and advise the Court by note that you are ready to return to the Courtroom to announce your verdict.**

SIGNED: _[signature]_
                    Foreperson

DATE: 3/14/12   5:51 PM