UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CLEOPATRA ROSIOREANU,

        Plaintiff,                       **ORDER**
                                                        **07 CV 2925 (LB)**

    -against-

THE CITY OF NEW YORK,

        Defendant.

-------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

    Defendant moves for reconsideration of the Court's Order dated March 15, 2012 on the ground that the Court "misapprehended Rule 50(b) in ordering defendant[] to serve post-trial motions by April 12, 2012." (Docket entry 136.) The Court did not "misapprehend" the Rules. Post-trial motions under Rule 50(b) or Rule 59 must be filed no later than twenty-eight days after the entry of judgment. Fed. R. Civ. P. 50(b), 59(b), 59(e). Before I entered the Order on March 15, 2012, a judgment was issued in accordance with the jury verdict. (Docket entry 138.) The judgment was entered on the docket today, March 16, 2012. (Id.) As judgment has been entered in this case, defendant's motion for reconsideration is denied. Defendant shall move for judgment as a matter of law or for a new trial within twenty-eight days of the entry of judgment. SO ORDERED.

                                                                        /S/
                                                         LOIS BLOOM
Dated: March 16, 2012                           United States Magistrate Judge
       Brooklyn, New York